IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WHITNEY MCCLINTOCK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIVEBUTTER, INC.,<br><br>Defendant. | Case No. 2:26-cv-02668 |

**<u>DEFENDANT'S NOTICE OF MOTION TO DISMISS</u>**

Defendant Givebutter, Inc., by and through undersigned counsel, respectfully file this Motion to Dismiss Plaintiff's Complaint pursuant to FRCP 12(b)(6), for the reasons set forth in the accompanying Memorandum of Law in support thereof.

Dated: August 17, 2026

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*<u>/s/ Matthew D. Stockwell</u>*
Matthew D. Stockwell (No. 310796)
31 West 52nd Street
New York, NY 10019
212-858-1075
matthew.stockwell@pillsburylaw.com
*Attorney for Defendant*
*Givebutter, Inc.*